IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

LAWRENCE MILLS
Plaintiff

v.

SUNTRUST BANKS INC
Defendant

Case No. 442717-V
COMPLAINT FILED ON: 01/24/2018

### Scheduling Order - Track 3
(738)

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| DEADLINE: PLT EXPERTS IDENTIFIED | 04/24/2018 |
| DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED | 05/22/2018 |
| DEADLINE: DEF EXPERTS IDENTIFIED | 06/21/2018 |
| DEADLINE: ALL WRITTEN DISCOVERY SERVED BY | 08/20/2018 |
| DEADLINE: DISCOVERY COMPLETED | 10/04/2018 |
| DEADLINE: ADD'L PARTIES JOINDER | 10/15/2018 |

MEETING OF ALL COUNSEL, 10/19/2018 Time and place to be determined PLUS DEADLINES:

| | |
|---|---|
| DEADLINE: DISPOSITIVE MOTIONS FILED | 10/19/2018 |
| DEADLINE: RULE 2-504.3(B) NOTICE | 10/19/2018 |
| DEADLINE: ADR DEADLINE | 10/29/2018 |
| DEADLINE: JOINT PRETRIAL STATEMENT FILED | 10/22/2018 |

SETTLEMENT CONFERENCE/PRETRIAL HEARING, 11/08/2018 01:30 PM ATTENDANCE REQUIRED

*DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.*

TRIAL COUNSEL SHALL APPEAR AT THE SETTLEMENT CONFERENCE/PRETRIAL HEARING, ACCOMPANIED BY THE PARTIES AND THE INDIVIDUAL(S) WITH AUTHORITY TO SETTLE THE CASE. MOTIONS FILED IN TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 AND 2-341.

AFTER THE SETTLEMENT CONFERENCE, IF NEEDED, THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED. [TRIAL DATE BETWEEN: 12/06/2018 AND 03/16/2019.]

ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADVANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

*Robert A. Greenberg*
Robert A. Greenberg
Circuit Administrative Judge

SUNTRUST BANKS INC
303 PEACHTREE ST NE
ATLANTA GA 30308

IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL FOR THE DEFENDANT SHALL NOTIFY THE DCM COORDINATOR AT (240) 777-9358. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and www.montgomerycountymd.gov/circuitcourtDCM.

CIVSCHO3 01/26/2018 14:56:59